UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ABRAHAM S. KLAGSBRUN,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. C11-2041-RAJ-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including May 9, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including May 23, 2012, to file a reply brief.

DATED this 9th day of April, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2143
Fax: (206) 615-2531
terrye.shea@ssa.gov