UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABRAHAM S. KLAGSBRUN, )
) CASE NO. C11-2041-RAJ-MAT
  Plaintiff, )
)
  v. )
) REPORT AND RECOMMENDATION
MICHAEL ASTRUE, )
Commissioner of Social Security, )
)
  Defendant. )
_____ )

Plaintiff brought this action to seek judicial review of the denial of his application for Disability Insurance Benefits (DIB) by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 14.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) provide a *de novo* hearing and a new decision regarding plaintiff's DIB application; (2) provide plaintiff with the opportunity to submit further evidence and argument at the new hearing; (3) further consider,

REPORT AND RECOMMENDATION
PAGE -1

and properly assess, the plaintiff's sleep apnea and pain disorder and whether these impairments cause additional work-related limitations; (4) further consider plaintiff's impairments at Step 3 of the sequential evaluation process; (5) further consider the opinions of plaintiff's treating and examining physicians; (6) further consider and reassess plaintiff's residual functional capacity; (7) reevaluate plaintiff's credibility; and (8) if necessary, obtain and consider supplemental vocational expert testimony to determine whether plaintiff can perform other work. Additionally, upon proper application, the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920.

Given the above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 3rd day of May, 2012.

Mary Alice Theiler
United States Magistrate Judge